UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RAY PEOPLES,<br><br>                                    Plaintiff,<br><br>v.<br><br>PREMIER VAN LINES<br><br>                                    Defendant. | Case No.:  18-cv-0969 JAH-RBB<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 2]** |

On March 27, 2018, Christopher Ray Peoples ("Plaintiff"), proceeding *pro se*, filed a complaint against Premier Van Lines ("Defendant") for grievances which had occurred between the parties. [Doc. No. 1]. Plaintiff also filed an application to proceed without prepayment of fees and costs. [Doc. No. 2]. On May 16, 2018, the action was transferred to this Court. [Doc. No. 3].

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of *habeas corpus*, must pay a filing fee of $400.  See 28 U.S.C. § 1914(a).  A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the fees.  See 28 U.S.C. § 1915(a).

Plaintiff states he receives VA Disability and Social Security Disability Insurance ("SSDI") for a total of $3788.00 per month. Plaintiff explains that his monthly expenses total $4189.00, although the Court finds that he fails to adequately describe several of listed expenditures. Regardless, Plaintiff indicates that he has $6,766.00 in cash or in a bank account. Based on this information presented by Plaintiff, the Court finds that he fails to sufficiently demonstrate his inability to pay the filing fee required to pursue the instant action. Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED without prejudice**.

Although this Court cannot proceed until Plaintiff has either paid the $400 filing fee required to maintain this action pursuant to 28 U.S.C. § 1914 or qualified to proceed *in forma pauperis*, the Court will allow Plaintiff adequate time to submit payment of the fee or provide additional information about his economic status. Accordingly, Plaintiff is notified that in order to avoid dismissal of his case, he must either pay the $400 filing fee or submit supplemental proof of his inability to pay the filing fee **no later than September 10, 2018**. If Plaintiff does not pay the filing fee or submit adequate proof of his inability to pay the fee by **September 10, 2018**, his case will be dismissed without prejudice and he will have to begin again by filing a new complaint.

**IT IS SO ORDERED.**

DATED:    August 8, 2018

_____
JOHN A. HOUSTON
United States District Judge