UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RAY PEOPLES,<br><br>                            Plaintiff,<br><br>v.<br><br>PREMIER VAN LINES,<br><br>                            Defendant. | Case No.: 18cv0969-JAH (RBB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On March 27, 2018, Plaintiff Christopher Ray Peoples, proceeding *pro se,* filed a complaint against Defendant Premier Van Lines. Doc. No. 1. On the same day, Plaintiff filed a motion to proceed *in forma pauperis*. Doc. No. 2. The Court denied Plaintiff's motion to proceed *in forma pauperis*, and instructed Plaintiff:

> [I]n order to avoid dismissal of his case, he must either pay the $400 filing fee or submit supplemental proof of his inability to pay the filing fee **no later than September 10, 2018**. If Plaintiff does not pay the filing fee or submit adequate proof of his inability to pay the fee by **September 10, 2018**, his case will be dismissed without prejudice and he will have to begin again by filing a new complaint.

Doc. No. 6 at 2. (emphasis in original).

To date, Plaintiff has not paid the $400 filing fee or submitted supplemental proof of an inability to pay the filing fee.

1

1   IT IS HEREBY ORDERED that the above-entitled case is **DISMISSED without**
2   **prejudice.**
3   **IT IS SO ORDERED.**

6   DATED: November 20, 2019

_____
JOHN A. HOUSTON
United States District Judge